```
1   PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
2   LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
3   Oakland, CA 94612
    Telephone: (510) 465-3328
4   Facsimile: (510) 763-8354

5   Attorney for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 15-41972 CN |
|---|---|
| **WALI AS-SABOOR MUHAMMAD,** | Chapter 13 |
| Debtor. | **NOTICE OF THIRD AMENDED CHAPTER 13 PLAN AND DEADLINE TO FILE OBJECTION** |

**NOTICE IS HEREBY GIVEN** that Wali As-Saboor Muhammad, debtor herein, has amended his Chapter 13 Plan. A copy of the Third Amended Chapter 13 Plan is attached hereto. Any objections to the Plan must be filed with the Court and received by the undersigned at One Kaiser Plaza, Suite 480, Oakland, California 94612 on or before October 19, 2014. Failure to object may result in the confirmation of the Plan.

Dated: September 25, 2015

                                      /s/ Anne Y. Shiau
                                      ANNE Y. SHIAU
                                      Attorney for Debtor