```
PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 15-41972 CN** |
| **WALI AS-SABOOR MUHAMMAD,** | **Chapter 13** |
| Debtor. | <u>**CERTIFICATE OF SERVICE**</u> |
| _____/ | |

    My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

    On September 25, 2015, I served the within;

**Notice of Third Amended Chapter 13 Plan & Deadline to File Objection; Third Amended Chapter 13 Plan**

on the below-named electronically through the court's CM/ECF program:

**Martha Bronitsky, Trustee**        **U. S. Trustee**

and on the below names in this action by placing a true copy thereof in a sealed envelope with postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

**See attached list**

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 25, 2015    /s/ Joe P. Segura
                                          JOE P. SEGURA

```
 1    Universal Acceptance Corp.
      c/o CoBar Acquisitions, LLC
 2    25 Highland Park Village 100-201
      Dallas, TX 75205
 3
      Midland Credit Management, Inc as agent for
 4    Midland Funding LLC
      PO Box 2011
 5    Warren, MI 48090

 6    Green Tree Servicing LLC
      P.O. Box 6154
 7    Rapid City, SD 57709-6154

 8    Bayview Loan Servicing, LLC
      4425 Ponce de Leon Blvd., 5th Floor
 9    Coral Gables, Florida 33146

10    Bayview Loan Servicing, LLC
      C/o Edward Schloss
11    3637 Motor Avenue, Suite 220
      Los Angeles, CA 90034
12
      Bayview
13    PO Box 331409
      Miami, FL 33233-9827
14
      Car Hop
15    PO Box 390203
      Minneapolis, MN 55439-0203
16
      Franchise Tax Board
17    Special Procedures
      P.O. Box 2952
18    Sacramento, CA 95812

19    HFC
      PO Box 60175
20    City of Industry, CA 91716

21    Home Depot
      PO Box 6028
22    The Lakes, NV 88901

23    Internal Revenue Service
      Service Center
24    Fresno, CA 93888

25    Internal Revenue Service
      P.O. Box 21126
26    Philadelphia, PA 19114
```

Internal Revenue Service
Insolvency Section
1301 Clay St., #1400S
Oakland, CA 94612

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kaiser Permanente
USCB America
PO Box 74929
Los Angeles, CA 90004

Nationstar
350 Highland Drive
Lewisville, TX 75067

Certificate of Service                                              Page 3 of 3